OPINION — AG — CAN A SUBJECT (PRISONER) BE ENTITLED TO CREDIT ON HIS SENTENCE FOR THE TIME SPENT ON TWO LEAVES OF ABSENCE IN THE HOSPITAL IN OKLAHOMA CITY ? — SEE OPINION NO. FEBRUARY 23, 1953 WHICH STATED THAT SUCH A LEAVE OF ABSENCE WAS LIMITED OR TECHNICAL PAROLE, AND THAT TIME SPENT ON SUCH LEAVE SHOULD BE ADDED TO THE PRISONER'S MINIMUM RELEASE DATE. CITE: 57 O.S. 138 [57-138], 57 O.S. 332 [57-332], ARTICLE VI, SECTION 10 (JAMES P. GARRETT)